GENESE K. DOPSON (SBN 108333)
Genese.Dopson@wilsonelser.com
JIANLIN SONG (SBN 289226)
Jianlin.Song@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendant
OMNI LIFE SCIENCE, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ALLEN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>OMNI LIFE SCIENCE, INC., and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No.: 1:19-cv-276-AWI-BAM<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL OF PUNITIVE DAMAGES PRAYER AND ALLEGATIONS**<br><br>Complaint Filed: February 27, 2019<br><br>Judge: Anthony W. Ishii<br>Court Room: 2 |

　　　　IT IS HEREBY STIPULATED by Plaintiff KEITH ALLEN ("Plaintiff") and Defendant OMNI LIFE SCIENCE, INC. ("Defendant"), by and through their respective attorneys of record, to the following:

　　　　1.　　That Plaintiff dismisses and strikes from his Complaint his Prayer for Relief of punitive and exemplary damages as follows:

　　　　　　a) Prayer for Relief, paragraph 3, line 4: "Punitive and exemplary damages in an amount to be determined at trial."

1
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF PUNITIVE DAMAGES

2189635v.1

2. That Plaintiff dismisses and strikes from his Complaint any and all allegations that Defendant, or its agents, officers, employees, acted with malice, oppression, or fraud, as such conducts are defined in the Judicial Council of California Civil Jury Instructions (CACI) section 3947 and the pertinent case law as justifying an award for punitive damages. Specifically, the following allegations:

    a) Count I, paragraph 27, line:15-17, "Omni's conduct was done in conscious disregard of the foreseeable harm caused by the Apex Hip System and in conscious disregard for the rights and safety of consumers such as Plaintiff."

    b) Count II, paragraph 34, line:9, "Omni maliciously, recklessly[.]"

    c) Count II, paragraph 35, line: 12, "Omni maliciously, recklessly[.]"

    d) Count II, paragraph 36, line:17, "Omni maliciously, recklessly[.]"

    e) Count II, paragraph 37, line:20, "Omni maliciously, recklessly[.]"

    f) Count II, paragraph 38, line:23-25, "Omni's conduct was done in conscious disregard of the foreseeable harm caused by the Hip System and in conscious disregard for the rights and safety of consumers such as Plaintiff."

3. The dismissals stipulated hereto are without prejudice and with leave to refile following the close of fact discovery in this action.

IT IS SO STIPULATED.

[signature page to follow]

1 | [signature page for Stipulation for Dismissal of Punitive Damages]

2

3

4 | Dated: April 2, 2019            */s/ Stuart C. Tally*

5 

Stuart C. Tally [authorized to affix electronic signature on April 2, 2019]
KERSHAW, COOK & TALLEY PC
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 779-7000
Facsimile: (916) 721-2501
Email: stuart@kctlegal.com
Counsel for Plaintiff KEITH ALLEN

Dated:_____      */s/ Alex C. Davis*

Alex C. Davis [authorized to affix electronic signature on April 2, 2019]
JONES WARD PLC
The Pointe
1205 E. Washington St., Suite 111
Louisville, KY 40206
Telephone: (502) 882-6000
Facsimile: (502) 587-2007
Email: alex@jonesward.com
Counsel for Plaintiff KEITH ALLEN

Dated: April 2, 2019            */s/ Jianlin Song*

Genese K. Dopson
Jianlin Song
Wilson Elser Moskowitz Edelman & Dicker LLP
525 Market Street, Suite 1700
San Francisco, CA 94105
Counsel for Defendant
OMNI LIFE SCIENCE, INC.

# [~~PROPOSED~~] ORDER

Based upon the stipulation of the parties and good cause appearing, the Court hereby ORDERS:

1. That Plaintiff dismisses and strikes from his Complaint his Prayer for Relief of punitive and exemplary damages as follows:

   (a) Prayer for Relief, paragraph 3, line 4: "Punitive and exemplary damages in an amount to be determined at trial."

2. That Plaintiff dismisses and strikes from his Complaint any and all allegations that Defendant, or its agents, officers, employees, acted with malice, oppression, or fraud, as such conducts are defined in the Judicial Council of California Civil Jury Instructions (CACI) section 3947 and the pertinent case law as justifying an award for punitive damages. Specifically, the following allegations:

   a) Count I, paragraph 27, line:15-17, "Omni's conduct was done in conscious disregard of the foreseeable harm caused by the Apex Hip System and in conscious disregard for the rights and safety of consumers such as Plaintiff."

   b) Count II, paragraph 34, line:9, "Omni maliciously, recklessly[.]"

   c) Count II, paragraph 35, line: 12, "Omni maliciously, recklessly[.]"

   d) Count II, paragraph 36, line:17, "Omni maliciously, recklessly[.]"

   e) Count II, paragraph 37, line:20, "Omni maliciously, recklessly[.]"

f) Count II, paragraph 38, line:23-25, "Omni's conduct was done in conscious disregard of the foreseeable harm caused by the Hip System and in conscious disregard for the rights and safety of consumers such as Plaintiff."

3. The dismissals stipulated hereto are without prejudice and with leave to refile following the close of fact discovery in this action.

IT IS SO ORDERED.

Dated:  April 17, 2019        _____
                              SENIOR DISTRICT JUDGE