UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ALLEN, | Case No. 1:19-cv-00276-AWI-BAM |
| Plaintiff, | **ORDER RE STIPULATION SETTING SETTLEMENT CONFERENCE** |
| v. | (Doc. No. 9) |
| OMNI LIFE SCIENCE, INC., and DOES 1 through 100, inclusive, | Date: September 10, 2019 |
| Defendants. | Time: 1:00 p.m. |
| | Courtroom: 10 |
| | Judge: Hon. Erica P. Grosjean |
| | **PERSONAL APPEARANCES REQUIRED** |

Pursuant to the parties' stipulation, this matter is HEREBY SET for a SETTLEMENT CONFERENCE before Magistrate Judge Erica P. Grosjean on **September 10, 2019 at 1:00 PM in Courtroom 10** at the U.S. District Court, 2500 Tulare Street, Fresno, California, 93721. Unless otherwise permitted in advance by the Court, **the attorneys who will try the case** shall appear at the Settlement Conference **with the parties** and the person or persons having **full authority** to negotiate and settle the case **on any terms** at the conference. Magistrate Judge Grosjean will issue an order addressing the substance of any settlement conference statement. IT IS SO ORDERED.

Dated:   __April 19, 2019__                    ___/s/ Barbara A. McAuliffe___
                                          UNITED STATES MAGISTRATE JUDGE